IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CB6 |
| Plaintiff, | Violation No.: 6483684—NE14 |
| vs. | ORDER TO REDUCE FINE AMOUNT |
| GEORGE A. ALVAREZ, | |
| Defendant. | |

On the motion of the United States Attorney's Office, the Court reduces the fine amount from $55 to $45 ($15 fine and $30 processing fee) and accepts the payment $45 as full satisfaction of all fine amounts and processing fees for violation notice 6483684—NE14.

ORDERED this __13__ day of November, 2019.

BY THE COURT:

*Susan M Bazis*
SUSAN M. BAZIS
United States Magistrate Judge